259 S.E.2d 301 (1979)
298 N.C. 296
SHOFFNER INDUSTRIES INC., Plaintiff,
v.
W. B. LLOYD CONSTRUCTION CO., Defendant,
v.
Noel N. COLTRANE, Jr., Additional Defendant.
Supreme Court of North Carolina.
September 25, 1979.
Alexa H. Jordan, for plaintiff.
*302 Smith, Anderson, Blount & Mitchell, for defendant.
Allen, Allen, Walker & Washburn, for additional defendant.
Petition by additional defendant for discretionary review under G.S. § 7A-31. 42 N.C.App. 259, 257 S.E.2d 50. Denied.